LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MINMETALS SHIPPING AND FORWARDING
CO. LTD.

                        Plaintiff,

      - against -

HBC HAMBURG BULK CARRIERS GmbH. & Co. KG

                 Defendant

------------------------------------------------------------X

08 Civ. 03533

ECF CASE

08 CV ____ ( )

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff MINMETALS SHIPPING & FORWARDING CO. LTD. represents to this Honorable Court that said Plaintiff has no U.S. corporate parents and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       April 11, 2008

                                            LAW OFFICES OF RAHUL WANCHOO
                                            Attorneys for Plaintiff

                                            By: _/s/ Rahul Wanchoo_
                                            Rahul Wanchoo (RW-8725)