222-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
HBC HAMBURG BULK CARRIERS GmbH, & KG
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MINMETALS SHIPPING &
FORWARDING CO. LTD.,

                 Plaintiff,

   -against-

HBC HAMBURG BULK
CARRIERS GmbH, & KG,

                 Defendant.
-------------------------------------------------------x

08 CIV 3533 (RWS)

**ORDER TO SHOW
CAUSE WHY MARITIME
ATTACHMENT SHOULD
NOT BE VACATED**

Upon the Declaration of Mathias Vogt dated April 18, 2008 and the Affirmation of Michael E. Unger, dated April 21, 2008, and Defendant HBC HAMBURG BULK CARRIERS GMBH & CO. KG's Memorandum of Law, it is Ordered that Plaintiff MINMETALS SHIPPING & FORWARDING CO. LTD. show cause before the Court in Courtroom 201, United States District Court for the Southern District of New York, 40 Centre Street, New York, New York 10007, on April 30, 2008 at _____ , why an Order should not be entered pursuant to Supplemental Rule E(4)(f) of the Federal Rules of Civil Procedure and Rule E.1 of the local Admiralty and Maritime Rules for the Southern and Eastern Districts of New York, vacating the Process of Maritime Attachment and Garnishment issued herein against assets, belonging to Defendant HBC HAMBURG

NYDOCS1/302970.1

BULK CARRIERS GMBH & CO. KG, and granting such other and further relief as the Court may deem just and proper.

Service of a copy of this Order and the papers on which it is based by telefax and / or email to Plaintiff's counsel, Law Offices of Rahul Wanchoo, on or before April 23 2008 at 4 a.m. / p.m. shall be deemed sufficient service.

Plaintiff's papers in opposition shall be served so as to be received by Defendant HBC's counsel not later than 5 a.m. / p.m. on April 28 2008.

Defendant's reply papers shall be served so as to be received by Plaintiff MINMETAL's counsel not later than noon a.m. / p.m. on April 30, 2008.

Counsel for both parties are directed to provide the Court with courtesy copies of their papers by hand / fax / other electronic means at the time of service on opposing counsel.

Dated: New York, New York
       April 22, 2008

_____
Robert W. Sweet, U.S.D.J.